**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROBERT E. CRABTREE, JR., | Civil Case No.: 5:17-cv-01709 |
| *Plaintiff,* | Date: June 4, 2018 |
| -against- | |
| HOPE'S WINDOW'S, INC., | |
| *Defendant* | |

## <u>ANSWER AND AFFIRMATIVE DEFENSES OF HOPE'S WINDOW'S, INC.</u>

1. As to the allegations of Paragraph 1, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

2. Admit

3. As to the allegations of Paragraph 3, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

4. As to the allegations of Paragraph 4, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

5. Admit

6. Admit

7. As to the allegations of Paragraph 7, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

8. As to the allegations of Paragraph 8, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

9. As to the allegations of Paragraph 9, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

10. As to the allegations of Paragraph 10, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

11. As to the allegations of Paragraph 11, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

12. As to the allegations of Paragraph 12, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

13. The Defendant admits to the first sentence. The Defendant denies the remainder of the paragraph.

14. Deny

15. Deny

16. As to the allegation of Paragraph 16, the Defendant, Hope's Windows (the Defendant) is without sufficient information from which to form an opinion or belief and therefore leaves the plaintiff to its proof.

17. Deny

18. As to the allegation of Paragraph 18, the Defendant, Hope's Windows (the Defendant) is without sufficient information from which to form an opinion or belief and therefore leaves the plaintiff to its proof.

**AS AND FOR A FIRST CAUSE OF ACTION**
(Violation of C.G.S. Title 42a)

19. The Defendant repeats and reiterates its answers to paragraphs 1-18.

20. Admit

21. As to the allegation of Paragraph 21, the Defendant, Hope's Windows (the Defendant) is without sufficient information from which to form an opinion or belief and therefore leaves the plaintiff to its proof.

22. Deny

**AS AND FOR A SECOND CAUSE OF ACTION**
(Breach of Contract)

23. The Defendant repeats and reiterates its answers in paragraphs 1-22 herein.

24. As to the allegations of the first sentence of Paragraph 24, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof. The Defendant denies the second sentence of Paragraph 24.

25. As to the allegations of the first sentence of Paragraph 25, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof. The Defendant admits to the second sentence of Paragraph 25.

26. Deny

27. Deny

**AND AS FOR A THIRD CAUSE OF ACTION**
(Breach of Implied Warranty)

28. The defendant repeats and reiterates its answers in paragraphs 1-27.

29. As to the allegation of Paragraph 29, the Defendant, Hope's Windows (the Defendant) is without sufficient information from which to form an opinion or belief and therefore leaves the plaintiff to its proof.

30. Admit

31. Deny

32. Deny

33. Deny

34. Deny

AND AS FOR A FOURTH CAUSE OF ACTION
(Revocation of Acceptance)

35. The Defendant repeats and reiterates its answers to paragraphs 1-34.

36. Admit

37. As to the allegations of Paragraph 37, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

38. The Defendant is without sufficient information how which to form an opinion or belief and therefore leaves the Plaintiff to its proof in the first sentence. The Defendant denies the remainder of the paragraph.

39. The defendant denies the first two sentences of paragraph 39. Defendant admits to the third sentence of paragraph 39. Defendant denies the fourth sentence of paragraph 39.

40. Deny

41. As to the allegations of Paragraph 41, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

42. As to the allegations of Paragraph 42, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

43. Deny as the Plaintiff never asked the Defendant to inspect the Premise.

<u>AS AND FOR A FIFTH CAUSE OF ACTION</u>
(Conversion)

44. Deny as the Plaintiff never entered into contract with the Defendant.

45. The Defendant repeats and reiterates its answers in paragraph 1-44.

46. As to the allegations of Paragraph 46, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

47. As to the allegations of Paragraph 47, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

48. As to the allegations of Paragraph 48, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

<u>AS AND FOR SIXTH CAUSE OF ACTION</u>
(CUPTA Violation)

49. As to the allegations of Paragraph 49, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

50. The Defendant repeats and reiterates its answers to paragraphs 1-49.

51. As to the allegations of Paragraph 51, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

52. As to the allegations of Paragraph 52, the Defendant, Hope's Windows (the "Defendant") is without sufficient information from which to form an opinion or belief and therefore leaves the Plaintiff to its proof.

**<u>AFFIRMATIVE DEFENSES</u>**

<u>First Affirmative Defense:</u> The Complaint fails to state a claim upon which relief may be granted.

<u>Second Affirmative Defense:</u> This action is banned by the applicable statute of limitations as put forth in Conn. Sen. Stat. {52-577a.

<u>Third Affirmative Defense:</u> The subject windows were altered or modified by a third party after it was sold.

<u>Fourth Affirmative Defense:</u> This action is banned as there was a previous settlement of the case (the Defendant claims that the issues of liability that are raised in the complaint have been previously settled). The May 17, 2010 General Release makes it clear that it was intended to cover all claims between the Plaintiff and Hope's Windows Inc. that then existed, including claims that may have been unforeseen. Plaintiff claims clearly existed at the time of the execution of the Release because the facts underlying the claims did.

Hope's Windows, Inc.

By: /s/ Christopher J. Molyneaux
Federal Bar Number: CT11954
100B Danbury Rd. Site 105F
Ridgefield, CT 06877
Tel: (203) 456-2667
Fax: (203) 406-2596
cjmolyneaux@comcast.net