## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ROBERT E. CRABTREE, JR.
    Plaintiff,

v.                                          Civil Number 3:17cv01709 (VAB)

HOPE'S WINDOWS INC
    Defendant.

## JUDGMENT

This matter having come on for consideration of the defendant's motion for summary judgment doc.#46, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendant's motion doc. 52. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendant, Hope's Windows Inc. and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of November, 2018.

ROBIN D. TABORA, Clerk

By:/s/ Jazmin Perez
Jazmin Perez
Deputy Clerk

EOD:    11/30/2018